IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JEFFREY HARVEY, #111284                                             PETITIONER

v.                                                                                         No.. 2:08cv31-P-A

LAWRENCE KELLY, et al.                                          RESPONDENTS

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DENIED**.

**SO ORDERED,** this the 3rd day of April, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE